

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00574-CV

Isabel **VALLADOLID**, Cynthia Colunga, and Patricia McGill,
Appellants

v.

Felipe **COLUNGA**, Jr.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-25446
Honorable Nadine Melissa Nieto, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, appellants' motion to dismiss is **GRANTED** and this appeal is **DISMISSED**. Costs of court for this appeal are taxed against Appellants Isabel Valladolid, Cynthia Colunga, and Patricia McGill.

SIGNED June 11, 2025.

_____
Velia J. Meza, Justice